UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RAYMOND C. RODRIGUES,<br><br>Plaintiff,<br><br>v.<br><br>GENLYTE THOMAS GROUP LLC<br>d/b/a LIGHTOLIER, AND<br>KAREN PACHECO,<br><br>Defendants. | Civil Action No.<br><br>04-11512MLW |

### DEFENDANT PACHECO'S MOTION TO DISMISS

Defendant Karen Pacheco ("Pacheco"), by and through her attorneys, hereby moves to dismiss Counts II and III of the Complaint. As explained in a supporting memorandum, Count II must be dismissed because Plaintiff Raymond C. Rodrigues ("Rodrigues") failed to exhaust his administrative remedies under Mass. Gen. Laws ch. 151B, §4(1) and §4(16A) ("Chapter 151B"), and Count III must be dismissed because it is preempted by Chapter 151B.

Respectfully Submitted,

KAREN PACHECO,
By her attorneys

Timothy P. Van Dyck (BBO# 548347)
Mark B. Dubnoff (BBO# 637212)
EDWARDS & ANGELL, LLP
101 Federal Street
Boston, MA 02110
(617) 439-4444

July 1, 2004

BOS_450749_1.DOC/MDUBNOFF

## CERTIFICATE OF SERVICE

    I, Mark B. Dubnoff, hereby certify that on this 1st day of July, 2004, I caused a copy of the foregoing document to be sent by first-class mail, postage prepaid, to Christopher Trundy, 240 Union St., P.O. Box 1203, New Bedford, MA 02741-1203.

_____
Mark B. Dubnoff