UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

2004 JUL -1 P 5:32

RAYMOND C. RODRIGUES, )
)
Plaintiff, )
)
v. ) Civil Action No.
)
GENLYTE THOMAS GROUP LLC )
d/b/a LIGHTOLIER, AND ) 04-11512 W
KAREN PACHECO, )
)
Defendants. )

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1 and Local R. 7.3, Defendant Genlyte Thomas Group LLC d/b/a Lightolier ("Genlyte")[1] discloses the following: Lightolier, Inc. was formerly a New York corporation. In 1991, it was wholly owned by and then merged into The Genlyte Group Incorporated, a publicly held company. In April 1998, Genlyte Group, Inc. merged with Thomas Industries, Inc. to form Genlyte Thomas Group LLC.

Respectfully Submitted,
GENLYTE THOMAS GROUP LLC
d/b/a LIGHTOLIER,
By its attorneys

_____
Timothy P. Van Dyck (BBO# 548347)
Mark B. Dubnoff (BBO# 637212)
EDWARDS & ANGELL, LLP
101 Federal Street
Boston, MA 02110
(617) 439-4444

July 1, 2004

---

[1] Genlyte does not concede that it does business as Lightolier.

BOS_449791_1.DOC/MDUBNOFF

- 2 -

## CERTIFICATE OF SERVICE

    I, Mark B. Dubnoff, hereby certify that on this 1st day of July, 2004, I caused a copy of the foregoing document to be sent by first-class mail, postage prepaid, to Plaintiff's counsel, Christopher Trundy, 240 Union St., P.O. Box 1203, New Bedford, MA 02741-1203.

                                                 _____
                                                 Mark B. Dubnoff

BOS_449791_1.DOC/MDUBNOFF