UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RAYMOND C. RODRIGUES,<br><br>Plaintiff,<br><br>v.<br><br>GENLYTE THOMAS GROUP LLC<br>d/b/a LIGHTOLIER, AND<br>KAREN PACHECO,<br><br>Defendants. | Civil Action No.<br><br>04-11512MLW |

## DEFENDANTS' VERIFIED STATEMENT OF FACTS

Defendants Genlyte Thomas Group LLC d/b/a Lightolier ("Genlyte")[1] and Karen Pacheco ("Pacheco") file the following Verified Statement of Facts in support of their Notice of Removal of the above-captioned case.

1. The document attached as Exhibit 1 is a true and accurate copy of the Charge of Discrimination, dated March 28, 2002, that Raymond C. Rodriques ("Rodriques") filed with the Massachusetts Commission Against Discrimination against Genlyte, which was subsequently served on Genlyte..

2. Pacheco is unaware of any Charge of Discrimination that Rodriques has ever filed with the Massachusetts Commission Against Discrimination that names her as a Respondent. If such a Charge exists, Pacheco has not been served with this Charge.

---

[1] Genlyte Thomas Group LLC denies that it does business as Lightolier. Lightolier, Inc. ceased to exist in 1991 when it merged into Genlyte Group, Inc. although the division still utilizes the "Lightolier" logo and brand on its letterhead. Then in April 1998, Genlyte Group, Inc. merged with Thomas Industries, Inc. to form Genlyte Thomas Group LLC.

## VERIFICATION OF STATEMENT OF FACTS

I hereby verify under the pains and penalties of perjury that the allegations of fact set forth in the above Verified Statement of Facts are true to my own knowledge, and all expressions of opinion, information and/or belief are in fact truly so held and believed by me.

_____
Karen Pacheco,

## VERIFICATION OF STATEMENT OF FACTS

I hereby verify under the pains and penalties of perjury that the allegations of fact set forth in the above Verified Statement of Facts are true to my own knowledge, and all expressions of opinion, information and/or belief are in fact truly so held and believed by me.

_____
Gary Garvey
Genlyte Thomas Group LLC

Respectfully Submitted,
GENLYTE THOMAS GROUP LLC
d/b/a LIGHTOLIER, AND KAREN
PACHECO,
By their attorneys

_____
Timothy P. Van Dyck (BBO# 548347)
Mark B. Dubnoff (BBO# 637212)
EDWARDS & ANGELL, LLP
101 Federal Street
Boston, MA 02110
(617) 439-4444

July 1, 2004

## CERTIFICATE OF SERVICE

I, Mark B. Dubnoff, hereby certify that on this 1st day of July, 2004, I caused a copy of the foregoing document to be sent by first-class mail, postage prepaid, to Plaintiff's counsel, Christopher Trundy, 240 Union St., P.O. Box 1203, New Bedford, MA 02741-1203.

_____
Mark B. Dubnoff