```
              UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS


RAYMOND C. RODRIGUES,         )
     Plaintiff(s),            )
                              )
     v.                       )    C.A. No. 04-11512-MLW
                              )
GENLYTE THOMAS GROUP, LLC etal)
     Defendant(s),            )
```

## ORDER

WOLF, D.J.                                       December 20, 2004

The parties in this case were issued a Memorandum and Order [8], asking whether they would consent to reassignment of this case for all purposes to Magistrate Judge Robert B. Collings pursuant to 28 U.S.C. § 636(c)(1) and (3), and informing them that if they did not respond their consent would be inferred. No party has responded. Thus, all parties are deemed to have consented. Accordingly, this cases is hereby REASSIGNED to Magistrate Judge Cohen for all purposes, pursuant to 28 U.S.C. § 636(c)(1) and (3).

```
                              /s/ Mark L. Wolf
                              UNITED STATES DISTRICT COURT
```