# United States District Court
# District of Massachusetts

RAYMOND C. RODRIGUES,
    Plaintiff,

    V,                            CIVIL ACTION NO. 2004-11512-RBC

GENLYTE THOMAS GROUP LLC, ETC.,
    Defendant.

## *ORDER ON DEFENDANT'S MOTION TO COMPEL PLAINTIFF'S DISCOVERY RESPONSES (#9)*

COLLINGS, U.S.M.J.

No opposition having been filed, it is ORDERED that Defendant's Motion to Compel Plaintiff's Discovery Responses (#9) be, and the same hereby is, ALLOWED to the following extent:

The defendant is ORDERED, pursuant to Rule 37(a)(2), Fed.R.Civ.P., to serve full and complete answers to plaintiff's interrogatories, to serve a full and complete response to plaintiff's document requests, and to produce copies of

all requested documents *on or before the close of business on Friday, January 28, 2005.*

Failure to comply with the within Order shall result in the imposition of one or more of the sanctions set forth in Rule 37(b), Fed.R.Civ.P.

With respect to the claim for reasonable expenses, including attorney's fees, counsel for the defendant may file and serve, *on or before the close of business Friday, January 14, 2005*, an affidavit or affidavits documenting the amount that he will claim as the reasonable expenses, including attorney's fees, which the defendant incurred in pursuing the motion to compel.  The plaintiff is granted leave to file and serve a response/opposition to the amount claimed or any deficiencies in the supporting documentation *on or before the close of business Friday, January 28, 2005.*

/s/ Robert B. Collings
ROBERT B. COLLINGS
United States Magistrate Judge

Date: January 6, 2005.