UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
                                        )
RAYMOND C. RODRIGUES,                   )
                                        )
   Plaintiff,                           )
                                        )
   v.                                   )    C.A. No. 04-11512-RBC
                                        )
GENLYTE THOMAS GROUP LLC                )
d/b/a LIGHTOLIER,                       )
                                        )
   Defendant.                           )
_____)

**AFFIDAVIT OF TIMOTHY P. VAN DYCK**
**SUBMITTED PURSUANT TO JANUARY 6, 2005 COURT ORDER**

Commonwealth of Massachusetts    )
                                 ) ss.
County of Suffolk                )

Timothy P. Van Dyck, being duly sworn, deposes and states as follows:

1.    Edwards & Angell, LLP is counsel for defendant Genlyte Thomas Group, LLC d/b/a Lightolier ("Lightolier"), in the above-captioned litigation.  I am an equity partner at Edwards & Angell, LLP and have been the primary working attorney on this matter since its inception.  I submit this Affidavit pursuant to this court's Order dated January 6, 2005.

2.    I am a member in good standing of the bars of the Commonwealth of Massachusetts, the United States District Court for the District of Massachusetts, the State of Maine, the United States Court of Appeals for the First Circuit, The United States Court of Appeals for the Second Circuit, and the United States Supreme Court.

3.     I am a 1986 *cum laude* graduate of Boston College Law School and a 1981 *summa cum laude* graduate of Boston College.  I have practiced in the litigation department at Edwards & Angell, LLP since June, 1988.  I serve as the co-chair of Edwards & Angell, LLP's labor and employment department and have specialized in employment litigation for approximately 10 years.

4.     My services on this case have been billed at a rate of $290 per hour, $135 (or 32%) less than my standard rate.  Based upon my experience, this rate is significantly less than the rates charged by other attorneys with my experience in the Boston legal community.

5.     I have expended, at a minimum, a total of three (3) hours in connection with Defendant's Motion to Compel Discovery Responses.  This includes:  time spent in corresponding with plaintiff's counsel regarding outstanding discovery; research, drafting, revising and finalizing the motion to compel; drafting and finalizing the proposed order; and time spent in preparing this affidavit.

6.     Lightolier, therefore, has incurred, at a minimum, a total of $870 in attorneys' fees in connection with its motion to compel discovery.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 13TH DAY OF JANUARY, 2005.

_____/s/ Timothy P. Van Dyck_____

## CERTIFICATE OF SERVICE

I, Timothy P. Van Dyck, hereby certify that on this 13th day of January, 2005, I caused a copy of the foregoing document to be served upon Christopher Trundy, 240 Union St., P.O. Box 1203, New Bedford, MA 02741-1203 by first class mail, postage pre-paid.

_____/s/ Timothy P. Van Dyck_____