UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
)
RAYMOND C. RODRIGUES,             )
                                  )
   Plaintiff,                     )
                                  )
   v.                             )   C.A. No. 04-11512-RBC
                                  )
GENLYTE THOMAS GROUP LLC          )
d/b/a LIGHTOLIER,                 )
                                  )
   Defendant.                     )
_____)

### DEFENDANT'S STATEMENT PURSUANT TO LOCAL RULE 16.1

Pursuant to Local Rule 16.1(D), the defendant[1] submits the following statement:

**A.    Overview**

This case arises out of allegations of sexual harassment/discrimination while plaintiff was employed at Lightolier's manufacturing facility in Fall River, MA. Plaintiff originally filed his Complaint in Bristol County Superior Court on or about May 5, 2004. On or about June 15, 2004, Defendant was served. Defendant timely removed the case to federal court on July 1, 2004 and simultaneously filed a Motion to Dismiss Count II (violation of Mass. Gen. Laws ch. 214, §1C against the individual defendant) and Count III (intentional interference with contract against the individual defendant) on grounds that the plaintiff never filed a charge of discrimination against the individual defendant with the Massachusetts Commission Against Discrimination, and that the claim for intentional interference with contract was pre-empted

---

[1] The parties, through counsel, did have an initial telephone conference last week and tentatively agreed that the parties should have six months to complete discovery. Since then, Plaintiff's counsel, Mr. Christopher Trundy, has not contacted Defendant's counsel regarding this Statement despite his obligation to do so pursuant to Local Rule 16.1, and despite various attempts by defense counsel to get him to confer. (See Ex. A).

by Mass. Gen. Laws ch. 151B. No opposition was filed, and Counts II and III of the Complaint were dismissed by this Court on September 18, 2004. The only remaining claim is Count I directed against Lightolier, alleging a violation of Mass. Gen. Laws ch. 151B. Defendant denies that the plaintiff was subject to any kind of discrimination or sexual harassment while he was employed at Lightolier.

### B. Agenda for Rule 16.1 Conference

The Defendant suggests that the primary agenda for the initial scheduling conference will be to address the proposed pretrial schedule set forth below.

### C. Settlement

Plaintiff has not submitted a settlement proposal.

### D. Trial Before Magistrate

The parties have consented to trial before a Magistrate Judge pursuant to this Court's Memorandum and Order dated November 1, 2004.

### E. Rule 26(a)(1) Disclosures

Defendant has already served its initial disclosures pursuant to Fed.R.Civ.P. 26(a)(1). Plaintiff has not served his initial disclosures.

### F. Proposed Pretrial Schedule and Discovery Plan

The Defendant does not believe that any additional depositions beyond those permitted under L.R. 26.1(c) are needed.

| Event | Deadline |
|---|---|
| a. All written fact discovery completed | March 31, 2005 |
| b. Joinder of other parties and amendments and/or supplements to the pleadings | April 29, 2005 |
| c. All fact depositions and all factual discovery to be completed | July 29, 2005 |

| | |
|---|---|
| d.  All Motions Under Rule 56 filed with the Court | August 31, 2005 |

| **Event** | **Deadline** |
|---|---|
| e.  Trial experts to be designated by Plaintiff by disclosure of information contemplated by F.R.C.P. Rule 26(a)(2) and answers to expert interrogatories | September 30, 2005 |
| f.  Trial experts to be designated by Defendant by disclosure of information contemplated by F.R.C.P. Rule 26(a)(2) and answers to expert interrogatories | October 31, 2005 |
| g.  Expert depositions, and all remaining expert discovery, to be completed | November 30, 2005 |
| h.  Parties to file Status Report with Court | December 15, 2005 |
| i.  Final Pre-Trial Conference | January 11, 2006 |

**G.**

**Certification**

The Defendant's certification, as required by Local Rule 16.1(D)(3), is attached hereto (Exhibit B).

Respectfully submitted,

/s/ Timothy P. Van Dyck_____
Timothy P. Van Dyck, Esq.
EDWARDS & ANGELL, LLP
101 Federal Street
Boston, MA  02110
(617) 439-4444
*Counsel for Genlyte Thomas Group
d/b/a Lightolier*

CERTIFICATE OF SERVICE

I, Timothy P. Van Dyck, hereby certify that on this 18th day of January, 2005, I caused a copy of the foregoing document to be served upon Christopher Trundy, 240 Union St., P.O. Box 1203, New Bedford, MA 02741-1203 by first class mail, postage pre-paid.

   /s/ Timothy P. Van Dyck__