# Edwards & Angell LLP

101 Federal Street   Boston, MA 02110   617.439.4444   *fax* 617.439.4170

Timothy P. Van Dyck
617.951.2254
*fax* 617.439.4170
tvandyck@edwardsangell.com

**Via Facsimile and
First Class Mail**

January 18, 2005

Christopher Trundy, Esq.
240 Union Street
P.O. Box 1203
New Bedford, MA  02741-1203

Re:   <u>Raymond C. Rodrigues v. Genlyte Thomas Group, LLC d/b/a Lightolier,</u>
      Civil Action No. 04-11512-RBC

Dear Chris:

On January 12, 2005 I sent you, via facsimile, a draft of our Joint Statement Pursuant to Local Rule 16.1. I enclose another copy of that draft herewith for your convenience. As you know, today is our deadline for filing the Joint Statement. I would appreciate it if you would give me a call at your earliest convenience today in order that we can finalize the Joint Statement and get it filed with the court electronically.

If I have not heard from you by 3:00 p.m. this afternoon, I will simply file it as "Defendant's Statement."

I look forward to hearing from you shortly.

Very truly yours,

Timothy P. Van Dyck

TPV/jmm
Enclosure

BOSTON | FT. LAUDERDALE | HARTFORD | NEW YORK | PROVIDENCE | SHORT HILLS, NJ | STAMFORD | WEST PALM BEACH | WILMINGTON | LONDON

BOS_474656_1.DOC/TVANDYCK

# Edwards & Angell LLP

101 Federal Street  Boston, MA 02110   617.439.4444   *fax* 617.439.4170

Timothy P. Van Dyck
617.951.2254
*fax* 617.439.4170
tvandyck@edwardsangell.com

**Via Facsimile**

January 12, 2005

Christopher Trundy, Esq.
240 Union Street
P.O. Box 1203
New Bedford, MA  02741-1203

Re:   Raymond C. Rodrigues v. Genlyte Thomas Group, LLC d/b/a Lightolier,
      Civil Action No. 04-11512-RBC

Dear Chris:

Pursuant to our telephone conversation earlier this week, enclosed please find a draft of the proposed Joint Statement. I know you had mentioned that you wanted to include a statement that you were going to file a motion for lack of jurisdiction, but I thought I would simply let you draft that on your own and then we can insert it later.

After you have had a chance to review the enclosed Joint Statement, please give me a call. By my calendar, we need to get this filed with the court by no later than Tuesday, January 18, 2005.

I look forward to hearing from you.

Very truly yours,

*Timothy Van Dyck /jmm*
Timothy P. Van Dyck

TPV/jmm

BOS_474130_1.DOC/TVANDYCK

BOSTON I FT. LAUDERDALE I HARTFORD I NEW YORK I PROVIDENCE I SHORT HILLS, NJ I STAMFORD I WEST PALM BEACH I WILMINGTON I LONDON