UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RAYMOND C. RODRIGUES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 04-11512-RBC |
| ) | |
| GENLYTE THOMAS GROUP LLC ) | |
| d/b/a LIGHTOLIER, ) | |
| ) | |
| Defendant. ) | |

## CERTIFICATION OF COMPLIANCE WITH LOCAL RULE 16.1

Defendant Genlyte Thomas Group LLC d/b/a Lightolier and its attorneys, Edwards & Angell, hereby certify that they have conferred (a) with a view to establishing a budget for the costs of conducting the full course, and various alternative courses, of this litigation; and (b) have

considered the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

GENLYTE THOMAS GROUP, LLC,

By its attorneys,

*[signature]*

Timothy P. Van Dyck (BBO# 548347)
EDWARDS & ANGELL, LLP
101 Federal Street
Boston, MA 02110
(617) 439-4444


GENLYTE THOMAS GROUP LLC.,

*[signature]*

Daniel Fuller, General Counsel