UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE
2005 JAN 21 P 1: 36
U.S. DISTRICT COURT
DISTRICT OF MASS

RAYMOND C. RODRIQUES,
Plaintiff,

v.                                    C.A. No. 04-11512-RBC

GENLYTE THOMAS GROUP LLC
d/b/a LIGHTOLIER and
KAREN PACHECO,
Defendants.

### PLAINTIFF'S MOTION TO REMAND CASE FOR LACK OF JURISDICTION [28 U.S.C. 1447 (c)]

[**L.R. 7.1 Certification.** Plaintiff's counsel hereby certifies that opposing counsel have conferred relative to this motion.]

The plaintiff hereby moves, pursuant to 28 U.S.C. 1447 (c) to remand the case, in its entirety, to the Massachusetts Superior Court, Bristol County.

The plaintiff asserts that the defendants improperly removed the case based upon an allegation of fraudulent joinder of a non-diverse party, claiming that the plaintiff had no right to bring claims against co-worker, Karen Pacheco, on the basis that any claims against Pacheco required administrative exhaustion pursuant to M.G.L. Chapter 151B, which the defendants claimed was inadequate, or were preempted by M.G.L. Chapter 151B.[Defendants' **Notice of Removal**, p. 2, lines 12-13] To the contrary, See Comey v. Hill, 387 Mass. 11, 438 N.E.2d 811, 817 (1982)( c. 151B does not limit or eliminate common law rights or remedies); Melley v. Gillette Corp., 19 Mass.App.Ct. 511, 475 N.E.2d 1227 (1985); Charland v. Muzi Motors, Inc., 417 Mass. 580, 631 N.E.2d 555 (1994)(employee not foreclosed by c. 151B from raising tort claim under common law principles established prior to c. 151B);These assertions of Massachusetts law are mistaken, Pacheco was properly joined in the state court action. There is

no federal court jurisdiction of this matter.

Consequently, the plaintiff moves the Court to vacate all ORDERS of the Court and remand the action to the Court of original jurisdiction.

RESPECTFULLY SUBMITTED,

Christopher C. Trundy
240 Union St.
P.O. Box 1203
New Bedford, MA 02741-1203
(508) 984-4000
BBO# 555622

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of this motion and memorandum upon defendants' counsel by mail this date to:

Timothy P. Van Dyck
EDWARDS & ANGELL
101 Federal St.
Boston, MA 02110

Christopher C. Trundy
01/20/05