UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RAYMOND C. RODRIGUES,<br><br>    Plaintiff,<br><br>v.<br><br>GENLYTE THOMAS GROUP LLC<br>d/b/a LIGHTOLIER, AND<br>KAREN PACHECO,<br><br>    Defendants. | Civil Action No. 04-11512-RBC |

## GENLYTE THOMAS GROUP LLC'S
## OPPOSITION TO PLAINTIFF'S MOTION TO REMAND

Defendant Genlyte Thomas Group LLC ("Genlyte"),[1] by and through its attorneys, hereby opposes Plaintiff Raymond C. Rodrigues's ("Rodrigues") motion to remand this case to Bristol Superior Court. As set forth more fully in a supporting memorandum, this Court has jurisdiction over this case, pursuant to 28 U.S.C. § 1332, because there is complete diversity between Rodrigues and Genlyte. Rodrigues cannot defeat jurisdiction by claiming that Karen Pacheco ("Pacheco") was improperly dismissed as a defendant since he waived his right to challenge her dismissal and because the dismissal was proper on grounds of fraudulent joinder.

---

[1] Genlyte denies that it does business as Lightolier. Lightolier, Inc. ceased to exist in 1991 when it merged into Genlyte Group, Inc. although the division still utilizes the "Lightolier" logo and brand on its letterhead. Then in April 1998, Genlyte Group, Inc. merged with Thomas Industries, Inc. to form Genlyte Thomas Group LLC.

WHEREFORE, Rodrigues's motion to remand should be denied.

        Respectfully Submitted,

        GENLYTE THOMAS GROUP LLC,
        By its attorneys

        /s/ Mark B. Dubnoff
        Timothy P. Van Dyck (BBO# 548347)
        Mark B. Dubnoff (BBO# 637212)
        EDWARDS & ANGELL, LLP
        101 Federal Street
        Boston, MA  02110
        (617) 439-4444

February 8, 2005.

## CERTIFICATE OF SERVICE

I, Mark B. Dubnoff, hereby certify that on this 8th day of February, 2005, I caused a copy of the foregoing document to be sent by first-class mail, postage prepaid, to Plaintiff's counsel, Christopher Trundy, 240 Union St., P.O. Box 1203, New Bedford, MA 02741-1203.

        /s/ Mark B. Dubnoff
        Mark B. Dubnoff