# EXHIBIT 2



ECFnotice@mad.uscourts.gov

09/20/2004 12:24 PM

To: CourtCopy@mad.uscourts.gov
cc:
Subject: Activity in Case 1:04-cv-11512-MLW Rodrigues v. Genlyte Thomas Group LLC et al "Order on Motion to Dismiss"

```
***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once
without charge. To avoid later charges, download a copy of each document
during this first viewing.

United States District Court
District of Massachusetts

Notice of Electronic Filing
The following transaction was received from Boyce, Kathy entered on 9/20/2004
at 12:24 PM EDT and filed on 9/18/2004


Case Name: Rodrigues v. Genlyte Thomas Group LLC et al
Case Number: 1:04-cv-11512
https://ecf.mad.uscourts.gov/cgi-bin/DktRpt.pl?93174

Document Number:
Copy the URL address on the line below into the location bar of your Web
browser to view the document:

Docket Text:
Judge Mark L. Wolf : Electronic ORDER entered granting [2] Motion to Dismiss:
"ALLOWED.  Counts II and III are hereby DISMISSED."  (Boyce, Kathy)

The following document(s) are associated with this transaction:



1:04-cv-11512 Notice will be electronically mailed to:
Mark B. Dubnoff
mdubnoff@EdwardsAngell.com

Timothy P. Van Dyck
tvandyck@EdwardsAngell.com



1:04-cv-11512 Notice will not be electronically mailed to:
Christopher C. Trundy
240 Union Street
New Bedford, MA 02740
```