# United States District Court
# District of Massachusetts

RAYMOND V. RODRIGUES,
    Plaintiff,

V                                  CIVIL ACTION NO. 2004-11512-RBC

GENLYTE THOMAS GROUP LLC
    d/b/a/ LIGHTOLIER,
KAREN PACHECO,
    Defendants.

# *JUDGMENT*

COLLINGS, U.S.M.J.

    The case came on before the Court on Plaintiff's Motion to Remand Case for Lack of Jurisdiction [28 U.S.C. 1447(c)] (#15). In accordance with the Memorandum and Order allowing said motion this date,

    IT IS ORDERED AND ADJUDGED:

        The Order dated September 18, 2004 issued by Judge Wolf dismissing Karen Pacheco as a defendant in this case is VACATED.

        The case is REMANDED to the Superior Court for the County of Bristol, Massachusetts.

The Clerk is directed to take the steps necessary to accomplish the remand.

Costs to plaintiff.

> SARAH ALLISON THORNTON
> CLERK OF COURT
>
> By: *Kathleen M. Dolan*
> Kathleen M. Dolan
> Deputy Clerk

Dated at Boston, Massachusetts
this 29th day of September, 2005.